IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERRY CAPITAL LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JACOB J. LEW, *et al.*<br><br>        Defendants. | Civil Action No. 1:13-cv-1025-RCL |
| FAIRHOLME FUNDS, INC., *et al.*<br><br>        Plaintiffs,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, *et al.*<br><br>        Defendants. | Civil Action No. 13-cv-1053-RCL |
| ARROWHEAD INDEMNITY COMPANY, *et al.*<br><br>        Plaintiffs,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*<br><br>        Defendants. | Civil Action No. 13-cv-1439-RCL |
| IN RE FANNIE MAE/FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Misc. Action No. 13-mc-1288-RCL |

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE IN ALL CASES**

WHEREAS, on November 18, 2013, this Court ordered that the above-captioned cases proceed according to a coordinated briefing schedule.

1

WHEREAS, on February 12, 2014, Plaintiff Fairholme Funds, Inc., *et al.* ("Fairholme") filed a motion for Supplementation of the Administrative Records, for Limited Discovery, for Suspension of Briefing on Defendants' Dispositive Motions, and for a Status Conference.

WHEREAS, Fairholme contends that, if the Court grants it the relief it requests, the contents of the record before the Court may change and may accordingly influence Plaintiffs' responses to the Defendants' dispositive motions filed on January 17, 2014.

WHEREAS, 30 days would seem to be the shortest length of time within which the Court could consider and rule on Fairholme's February 12, 2014 motion.

WHEREAS, Defendants' consent to this stipulation is premised on the understanding that Defendants are consenting only to set a date certain for all Plaintiffs to file their responses to Defendants' dispositive motions.  Defendants underscore, however, their belief that Fairholme's motion is procedurally and substantively improper.  Nevertheless, because Fairholme's discovery motion has cast uncertainty on the existing briefing schedule Defendants consent to the extension requested herein in an effort to maintain a coordinated briefing schedule in the above-captioned actions.

THEREFORE, the parties jointly stipulate to extend the briefing schedule by 30 days, and respectfully request that the Court adopt a briefing schedule as follows:

| | |
|---|---|
| Plaintiffs file oppositions to defendants' motions and cross-motions and motion for judicial notice | March 21, 2014 |
| Defendants file replies in support of their motions and oppositions to plaintiffs' cross-motions and reply in support of their motion for judicial notice | May 2, 2014 |
| Plaintiffs file replies in support of their cross-motions | June 2, 2014 |

2

| Hearing on defendants' dispositive motions and plaintiffs' cross-motions | June 23, 2014, at 9:30 a.m. |

Dated: February 14, 2014

/s/ *Theodore B. Olson*
THEODORE B. OLSON, SBN 367456
tolson@gibsondunn.com
DOUGLAS R. COX, SBN 459668
dcox@gibsondunn.com
MATTHEW D. MCGILL, SBN 481430
mmcGill@gibsondunn.com
NIKESH JINDAL, SBN 492008
njindal@gibsondunn.com
DEREK S. LYONS, SBN 995720
dlyons@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.955.8500
Facsimile:  202.467.0539

*Attorneys for Perry Capital LLC*

/s/ *Charles J. Cooper*
CHARLES J. COOPER, SBN 248070
ccooper@cooperkirk.com
VINCENT J. COLATRIANO, SBN 429562
vcolatriano@cooperkirk.com
DAVID H. THOMPSON, SBN 450503
dthompson@cooperkirk.com
PETER A. PATTERSON, SBN 998668
ppatterson@cooperkirk.com

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Telephone:  202.220.9600
Facsimile:  202.220.9601

*Attorneys for Fairholme Funds, Inc., et al.*

/s/ *Joel L. McElvain*
JOEL L. MCELVAIN
joel.l.mcelvain@usdoj.gov
Thomas David Zimpleman
thomas.d.zimpleman@usdoj.gov

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone:  202.514.2988
Facsimile:  202.616.8460

*Attorneys for the Department of the Treasury*

/s/ *Asim Varma*
ASIM VARMA
asim_varma@aporter.com
HOWARD NEIL CAYNE
howard.cayne@aporter.com
DAVID BLOCK BERGMAN
david_bergman@aporter.com

ARNOLD & PORTER LLP
555 12th Street, N.W., Suite 311
Washington, D.C.  20004
Telephone:  202.942.5180
Facsimile:  202.942.5999

*Attorneys for the Federal Housing Finance Agency*

/s/ *Paul Clement*
PAUL CLEMENT
pclement@bancroftpllc.com

*/s/ David L. Wales*
DAVID L. WALES, SBN 417440
dwales@blbglaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY  10019
Telephone:  212.554.1409
Facsimile:  212.554.1444

BLAIR A. NICHOLAS
blairn@blbglaw.com
DAVID R. KAPLAN
davidk@blbglaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

Telephone:  858.793.0070
Facsimile:  858.793.0323

*Interim Co-Lead Class Counsel*


*/s/ Hamish P.M. Hume*
HAMISH P.M. HUME, SBN 449914
hhume@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
Telephone:  202.237.2727
Facsimile:  202.237.6131

*Interim Co-Lead Class Counsel*



*/s/ Reuben A. Guttman*
REUBEN A. GUTTMAN , SBN 414781
rguttman@gelaw.com

GRANT & EISENHOFER, P.A.
1920 L Street, N.W., Suite 400

BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C.  20036
Telephone:  202.234.0090
Facsimile:  202.234.2806

*Attorney for the Federal National Mortgage Association*

*/s/ Michael Joseph Ciatti*
MICHAEL JOSEPH CIATTI
mciatti@kslaw.com
GRACIELA MARIA RODRIGUEZ
gmrodriguez@kslaw.com

KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C.  20006
Telephone:  202.626.5508
Facsimile:  202.626.3737

*Attorneys for the Federal Home Loan Mortgage Corp.*


*/s/ Drew W. Marrocco*
DREW W. MARROCCO, SBN 453205
drew.marrocco@dentons.com

DENTONS US LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, D.C.  20005
Telephone:  202.408.6400
Facsimile:  202.408.6399

MICHAEL H. BARR
Michael.barr@dentons.com
RICHARD M. ZUCKERMAN
richard.zuckerman@dentons.com
SANDRA HAUSER
sandra.houser@dentons.com

DENTONS US LLP
1221 Avenue of the Americas

4

Washington, D.C. 20036  
Telephone: 202.386.9500  
Facsimile: 202.386.9505  

*Interim Co-Lead Class Counsel*

New York, NY 10020  
Telephone: 212.768.6700  
Facsimile: 212.768.6800  

*Attorneys for Arrowood Indemnity Co., et al.*

/s/ Lee D. Rudy  
LEE D. RUDY  
lrudy@ktmc.com  
ERIC L. ZAGAR  
ezagar@ktmc.com  
MATTHEW A. GOLDSTEIN  
mgoldstein@ktmc.com  

KESSLER MELTZER & CHECK, LLP  
280 King of Prussia Road  
Radnor, PA 19087  
Telephone: 610.667.7706  
Facsimile: 610.667.7056  

*Interim Co-Lead Class Counsel*


MICHAEL G. MCLELLAN, SBN 489217  
mmclellan@finkelsteinthompson.com  

FINKELSTEIN THOMPSON LLP  
1077 30th Street, N.W., Suite 150  
Washington, D.C. 20007  
Telephone: 202.337.8000  
Facsimile: 202.337.8090  

JEREMY A. LIEBERMAN  
jalieberman@pomlaw.com  
LESLEY F. PORTNOY  
lfportnoy@pomlaw.com  

POMERANTZ GROSSMAN HUFFORD  
DAHLSTROM & GROSS LLP  
600 Third Avenue, 20th Floor  
New York, NY 10016  
Telephone: 212.661.1100  
Facsimile: 212.661.8665  

PATRICK V. DAHLSTROM  
pdahlstrom@pomlaw.com

POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312.377.1181
Facsimile:  312.377.1184


REUBEN A. GUTTMAN , SBN 414781
rguttman@gelaw.com

GRANT & EISENHOFER, P.A.
1920 L Street, N.W., Suite 400
Washington, D.C.  20036
Telephone:  202.386.9500
Facsimile:  202.386.9505

REUBEN A. GUTTMAN , SBN 414781
rguttman@gelaw.com

GRANT & EISENHOFER, P.A.
1920 L Street, N.W., Suite 400
Washington, D.C.  20036
Telephone:  202.386.9500
Facsimile:  202.386.9505

GEOFFREY C. JARVIS
gjarvis@gelaw.com

GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE  19801
Telephone:  302.622.7000
Facsimile:  302.622.7100

GEOFFREY C. JARVIS
gjarvis@gelaw.com

GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE  19801
Telephone:  302.622.7000
Facsimile:  302.622.7100

CRAIG L. BRISKIN, SBN 980841
cbriksin@findjustice.com

MEHRI & SKALET, PLLC
1250 Connecticut Avenue, N.W., Suite 300
Washington, D.C.  20036
Telephone:  202.822.5100
Facsimile:  202.822.4997

BARBARA HART
bhart@lowey.com

LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
New York, NY  10601
Telephone:  212.997.0500
Facsimile:  212.997.0035

*Additional Attorneys for Class Plaintiffs*